**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION**

|  |  |
|---|---|
| NAILAH AIN FONVILLE HESTER**,**<br><br>                    Plaintiff,<br><br>        vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and EQUIFAX INFORMATION SERVICES, LLC,<br><br>                    Defendants. | Civil Case No.: 1:25-cv-02409-JPC<br><br>**NOTICE OF INTRAFIRM SUBSTITUTION OF COUNSEL** |

        PLEASE TAKE NOTICE that the undersigned, Noah Kane, hereby withdraws as counsel of record for Plaintiff Nailah Ain Fonville Hester in the above-captioned action.

        The undersigned entered an appearance, *pro hac vice*, in this action on behalf of Plaintiff while associated with Consumer Attorneys (*see* ECF No. 19). The undersigned separated from Consumer Attorneys and no longer practices with that firm.

        Daniel C. Cohen of Consumer Attorneys has already appeared on behalf of Plaintiff (*see* ECF No. 1) and remains counsel of record for Plaintiff. Local Civil Rule 83.9 permits substitution of counsel within the same firm.[1] The undersigned asserts no retaining or charging lien.

        The undersigned respectfully requests that the Court note and approve this withdrawal and that the Clerk terminate the undersigned's appearance and CM/ECF notifications in this action.

Dated: 6/8/2026

                                                  */s/Noah Kane*
                                                  Noah Kane
                                                  **Kane Law Firm LLC**
                                                  411 Hackensack Avenue, Suite 200
                                                  Hackensack, NJ 07601
                                                  T: (267) 832-2657
                                                  E: noah@nkanelaw.com

---

[1] The undersigned notes that the Clerk's office advised the undersigned by phone to select the filing event "Motion to Withdraw as Attorney" notwithstanding the fact that only intrafirm substitution of counsel is sought.