**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**CLEVELAND DIVISION**

| | |
|---|---|
| NAILAH AIN FONVILLE HESTER., <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and EQUIFAX INFORMATION SERVICES, LLC, <br><br><br> Defendant. | Case No.: 1:25-cv-02409-JPC <br><br> District Judge J. Philip Calabrese <br><br> Magistrate Judge Jonathan D. Greenberg <br><br> **JOINT MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

Plaintiff Nailah Ain Fonville Hester ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") (collectively, the "Parties") hereby stipulate to and request additional time for the dismissal of Plaintiff's claims against Experian. Plaintiff informed the Court that a settlement in principle was reached with Defendant Experian on May 5, 2026 [ECF No. 27].

In accordance with the Court's Order issued May 5, 2026, the Parties were directed by the Court to file a stipulation of dismissal as to defendant Experian by June 19, 2026, if the Settlement Agreement was finalized. The parties expect that they will be able to fully perform the settlement terms (including a stipulated dismissal of Experian) within thirty (30) days after the current June 19, 2026, deadline.

Therefore, the Parties stipulate and request that the Court extend the deadline to file a Stipulation of Dismissal with Prejudice as to Defendant Experian to July 17, 2026.

Dated: June 18, 2026

1

*/s/ Daniel Cohen*
Daniel Cohen, NY Bar # 5481460
CONSUMER ATTORNEYS
68-29 Main Street
Flushing NY 11367
T: (718) 770-7901
F: (718) 247-8020
E: dcohen@consumerattorneys.com

*Attorneys for Plaintiff,*
*Nailah Ain Fonville Hester*

*/s/ Patrick F. Callahan*
Patrick F. Callahan (Bar No. 102651)
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
Tel: (216) 586-3939
Facsimile: (216) 579-0212
Email: pcallahan@jonesday.com

*Attorneys for Defendant Experian Information*
*Solutions, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Max Lukjanski*

3