**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| NAILAH AIN FONVILLE HESTER, | Case No. 1:25-cv-02409-JPC |
| Plaintiff, | |
| | Judge J. Philip Calabrese |
| v. | Magistrate Judge Jonathan D. Greenberg |
| EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL
AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC, ONLY**

Plaintiff Nailah Ain Fonville Hester ("Plaintiff") and Defendant Equifax Information Services LLC ("Equifax") (collectively, the "Parties") hereby stipulate to and request additional time for the dismissal of Plaintiff's claims against Equifax. Plaintiff informed the Court that a settlement in principle was reached with Equifax on April 29, 2026. Dkt. No. 26.

In accordance with the Court's Order issued May 5, 2026, the Parties were directed by the Court to file a stipulation of dismissal by June 19, 2026, if the Settlement Agreement was finalized. The Parties expect that they will be able to fully perform the settlement terms (including a stipulated dismissal of Equifax) within thirty (30) days after the current June 19, 2026, deadline.

Therefore, the Parties stipulate and request that the Court extend the deadline to file a Stipulation of Dismissal with Prejudice as to Equifax to July 17, 2026.

326676770v.1

Respectfully submitted,

*/s/ Daniel Cohen (per 6/18/26 email auth.)*
Daniel Cohen, NY Bar # 5481460
CONSUMER ATTORNEYS
68-29 Main Street
Flushing NY 11367
T: (718) 770-7901
F: (718) 247-8020
E: dcohen@consumerattorneys.com
Attorneys for Plaintiff,
Nailah Ain Fonville Hester

*/s/ David A. Wallace*
David A. Wallace (0031356)
Tyler K. Ibom (0085928)
CARPENTER LIPPS LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
(614) 365-4100 (Telephone)
(614) 365-9145 (Facsimile)
wallace@carpenterlipps.com
ibom@carpenterlipps.com
Counsel for Defendant Equifax Information
Services LLC

2

326676770v.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2026, I presented the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


    */s/ David A. Wallace*
David A. Wallace
Tyler K. Ibom
*Counsel for Defendant*
*Equifax Information Services LLC*

326676770v.1